UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHEL CORDON BLEU, INC.,<br>a corporation,<br>and MICHEL G. BLANCHET,<br>an individual,<br><br>Defendants. | No. 2:17-cv-~~XXXX~~7273-RGK(AS)<br><br>[~~Proposed~~] EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

Having considered the Plaintiff's Response to this Court's Order to Show Cause and for good cause shown:

IT IS HEREBY ORDERED THAT:

Plaintiff may further respond to the Order to Show Cause in writing on or before February 12, 2018 why this action should not be dismissed for lack of prosecution. If Plaintiff files an application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure as to Defendants Michel Cordon Bleu, Inc. (answer was due

01/29/18); and Michel G. Blanchet (answer was due 01/17/18) on or before the date indicated above, the Court will consider this a satisfactory response to the Order to Show Cause. If Defendants file an answer to the complaint by February 12, 2018, the Court will consider this a satisfactory response to the Order to Show Cause.

**SO ORDERED**, this 9th day of February, 2018.

_____
United States District Judge
R. GARY KLAUSNER